# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| ELMO SHROPSHIRE, INDIVIDUALLY AND AS A MEMBER OF "ELMO & PATSY"; ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, | : : : : : | |
|---|---|---|
| Plaintiff, | : : | 06 Civ. 3252 (GBD) (KNF) ECF CASE |
| -against- | : : | |
| SONY MUSIC ENTERTAINMENT, A Delaware General Partnership, | : : : | |
| Defendant | : : | |

## SUMMARY OF PLAINTIFFS' COUNSEL'S AFFIDAVITS IN SUPPORT OF APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES

| FIRM | LODESTAR | HOURS | EXPENSES | EXH |
|---|---|---|---|---|
| Caplan & Ross | $431,360.00 | 1,132.1 | $8,147.71 | D |
| Labaton Sucharow LLP | $194,768.00 | 413.4 | $3,347.80 | F |
| Milberg LLP | $679,541.25 | 1,281.00 | $66,605.31 | H |
| Probstein, Weiner & Butler | $212,518.45 | 713.51 | $11,810.15 | J |
| **TOTALS** | **$1,518,187.70** | **3,540.01** | **$89,910.97** | |