# Exhibit C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
"THE YOUNGBLOODS" (Perry Miller p/k/a : 07 Civ. 2394 (GBD) (KNF)
Jesse Colin Young; Lowell Levinger; Jerry :
Corbitt; Mina Bauer, the widow of Joe Bauer; and : ECF CASE
manager Stuart Kutchins), ON BEHALF OF :
ITSELF AND ALL OTHERS SIMILARLY :
SITUATED, :
 :
                      Plaintiff, :
 :
vs. :
 :
BMG MUSIC, :
 :
                      Defendant. :
 :
------------------------------------------------------------x

## SUMMARY OF PLAINTIFFS' COUNSEL'S AFFIDAVITS IN SUPPORT OF MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES

| FIRM | LODESTAR | HOURS | EXPENSES | EXH |
|---|---|---|---|---|
| Caplan & Ross | $109,527.50 | 284.2 | $611.07 | E |
| Labaton Sucharow LLP | $44,805.50 | 82.9 | $400.50 | G |
| Milberg LLP | $673,966.25 | 1,229.50 | $57,318.17 | I |
| Law Offices of Thomas A. Cohen | $594,600.00 | 1,225.98 | $11,987.00 | K |
| **TOTALS** | **$1,422,899.25** | **2,822.58** | **$70,316.74** | |