# Exhibit K

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————————x

"THE YOUNGBLOODS" (Perry Miller p/k/a    :   07 Civ. 2394 (GBD) (KNF)
Jesse Colin Young; Lowell Levinger; Jerry    :
Corbitt; Mina Bauer, the widow of Joe Bauer; and   :   ECF CASE
manager Stuart Kutchins), ON BEHALF OF    :
ITSELF AND ALL OTHERS SIMILARLY    :
SITUATED,    :
   :
                 Plaintiff,    :
   :
      vs.    :
   :
BMG MUSIC,    :
   :
               Defendant.    :
   :

————————————————————————————x

**AFFIDAVIT OF THOMAS A. COHEN**
**IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND EXPENSES**
**FILED ON BEHALF OF THE LAW OFFICES OF THOMAS A. COHEN**

STATE OF CALIFORNIA      )
                                )   ss.:
COUNTY OF MARIN      )

     **THOMAS A. COHEN**, being first duly sworn, deposes and says:

     1.      I am a member of the law firm of the Law Offices of Thomas A. Cohen. I submit

this affidavit in support of my firm's application for an award of attorneys' fees in connection

with services rendered in this case, as well as the reimbursement of expenses incurred by my

firm in connection with this litigation.

     2.      My firm acted as one of plaintiff's counsel in this class action. The work done in

this case by plaintiff's counsel is described in detail in our declaration in support of final

1

approval of the Settlement, the proposed Plan of Allocation, and our application for attorneys'
fees and expenses and a service award for Plaintiff, which is being filed concurrently with this
affidavit.

3.     The schedule attached hereto as Exhibit 1 is a detailed summary indicating the
amount of time spent by the partners, other attorneys, and professional support staff of my firm
who were involved in this litigation, and the lodestar calculation based on my firm's current
billing rates. The schedule was prepared from contemporaneous, daily time records regularly
prepared and maintained by my firm, which are available at the request of the Court for review *in
camera*.[1] Time expended in preparing this application for fees and reimbursement of expenses
has not been included in this request.

4.     The hourly rates for the partners, other attorneys, and professional support staff in
my firm included in Exhibit 1 are the same as the regular current rates charged for their services
in non-contingent matters and/or which have been used in the lodestar cross check accepted by
courts in other class litigation.

5.     The total number of hours expended by me on this litigation is 1,225.98 hours.
My lodestar for this litigation is $594,600.

6.     My lodestar figure is based upon my billing rates, which rates do not include
charges for expense items. Expense items are billed separately and such charges are not
duplicated in my firm's billing rates.

7.    As detailed in Exhibit 2, my firm has incurred a total of $11,987 in un-reimbursed expenses in connection with the prosecution of this litigation.

8.    The expenses incurred in this action are reflected on the books and records of my firm, which are available at the request of the Court. These books and records are prepared from expense vouchers, check records and other source materials and represent an accurate recordation of the actual expenses incurred. Third-party expenses are not marked up.

9.    With respect to the standing of counsel in this case, attached hereto as Exhibit 3 is a brief biography of my firm and attorneys in my firm who were principally involved in this litigation.

THOMAS A. COHEN

Sworn to before me this
/2ᵗʰ day of June, 2012

Notary Public

J. AURELIO
COMM. #1909339
NOTARY PUBLIC-CALIFORNIA
MARIN COUNTY
My Comm. Expires October 19, 2014
APO1
APO1

---

[1] These records may include information concerning privileged and/or confidential attorney-client communications or work product.

3

EXHIBIT 1

*Youngbloods v. BMG Music*, 07 Civ. 2394 (GBD) (KNF)

**LAW OFFICES OF THOMAS A. COHEN**

**TIME REPORT — Inception through May 31, 2012**

| Name | Total Hours | Hourly Rate | Total Lodestar |
|---|---|---|---|
| PARTNERS: | | | |
| THOMAS A. COHEN | 1225.98 | $485 | $594,600 |
| **TOTALS:** | 1225.98 | | $594,600 |

**EXHIBIT 2**

*Youngbloods v. BMG Music*, 07 Civ. 2394 (GBD) (KNF)

**LAW OFFICES OF THOMAS A. COHEN**

**EXPENSE REPORT — Inception through May 31, 2012**

| <u>Categories:</u> | <u>Amount</u> |
|---|---|
| Photocopies/Reproduction/Scanning/Printing | $144 |
| Filing/Witness Fees | $126 |
| Hotels & Transportation | $11,444 |
| Meals | $273 |
| **TOTAL EXPENSES:** | $11,987 |

Exhibit 3

591 Redwood Highway     (415) 777-1997
Suite 2320     (415) 777-1990 (fax)
Mill Valley, CA 94941     tomcohen@ionix.net

# Thomas A. Cohen

---

**Experience**

1991–present          **Law Offices of Thomas A. Cohen**

**Civil Litigation, Entertainment and Intellectual Property Law**

Representative cases include: *Estate of Buckminster Fuller v. White Wave* (unauthorized use of name and likeness); *WNED et al v. Vestron* (class action representing several hundred filmmakers suing their distributor over foreign royalty allocations); *Youngbloods v. BMG Music* (class action suing record company for digital download royalties); *Magnuson v. VideoYesteryear* (film producer suing for copyright infringement of Lenny Bruce film); *Rosenberg v. U-Haul* (class action alleging false advertising); *Tall Club of Silicon Valley v. Alaska Airlines et al.* (B&PC 17200 action seeking exit row seating for tall people); *ABKCO v. Pictograph* (defense of copyright claim for music in Sam Cooke documentary); *Rubin v. Apple et al.* (copyright infringement in iPhone puzzle app). Published cases: *Magnuson v. Video Yesteryear* (9th Cir. 1996) 85 Fed 3d 1424; *Thompson v. Rodriguez* (ND Cal. 1996) 196 B.R. 537; *Western New York Public Broadcasting v. Vestron* (1997) 661 N.Y.S.2d 555. Defense of various contract and intellectual property cases. Transactional work includes entertainment law contract negotiation for Ghostbot, SOPTV, Sierra Nevada Brewing Company and scores of creative individuals. Former moot court instructor at Boalt Hall.

**Mediation/Arbitration**

Settlement Conference Panelist: Marin Superior Court
Early Settlement and Mediation Panelist: San Francisco Sup. Ct./BASF
Civil ADR Panelist: San Mateo Superior Court, Solano Superior Court
Mediator and Arbitrator—Alameda Superior Court
Mediator and Arbitrator—Contra Costa Superior Court
Arts Arbitration and Mediation Service—California Lawyers for the Arts

2000-present          **Ursack, Inc.**

**President**

The company makes and sells bear resistant food bags (based on Tom Cohen's U.S. patent) from bullet proof fabric for use by wilderness campers.

1978-1989          **Hammermark Productions**

**Filmmaker (self employed)**

Projects included:

- *The River Why,* 2011, Manager of LLC, co-wrote screenplay for movie based on the classic novel. Starring William Hurt, Zach Gilford, etc.
- *Massive Retaliation,* 1984, Producer, director, general partner of the financing limited partnership. Dramatic feature film released on six continents.
- *hungry I reunion,* 1981, Producer, director, general partner. Critically acclaimed documentary about the legendary San Francisco night club.

1970–1977            KQED TV

**Director, Producer, Stage Manager**

Produced and/or directed for PBS or local broadcast: *World Press; Gran Prix Tennis; Newsroom; Open Studio; The Final Arbiter and Newsroom of the Streets* among others.


1969-1970            **VISTA**

VISTA volunteer with the Oneida Indian Tribe of Wisconsin


**Education**            1989-1991            **Hastings College of the Law**

J.D. Associate Articles Editor COMM/ENT Hastings Communication and Entertainment Law Journal. Note, Simplified Syndication for Stage and Screen published in COMM/ENT 13:3 (ASCAP Prize). Extern clerk to Hon. John Vukasin, U.S. District Court.


1988-1989            **University of San Francisco School of Law**

McAuliffe Honor Society; Member, USF Law Review; Am Jur Awards: Legal Research and Writing; Evidence. Summer law program: Trinity College, Dublin, Ireland


1973-1974            **University of California, Berkeley**

M.A. Visual Design


1968-1969            **New York University**

Special Student in Television and Film


1964-1968            **Colorado College**

B.A. Sociology. Track team captain


**Interests**            Contractor/carpenter/developer of my hand built 3,000 square foot solar heated Mill Valley home; Board of Advisers: Bread and Roses; Former member of Board of Directors: Bread and Roses; Marin Arts Council; Independent Feature Project; Cow Hollow Foundation; National Academy of Television Arts and Sciences (SF chapter). Married, two grown daughters, avid sports participant.


**Publications and**            Non fiction articles published in: SF Chronicle Sunday Magazine;
**Awards**            Mother Earth News; U.S. Open Tennis; Rod and Reel. Various screenplays. Northern California Emmy nomination for *Newsroom of the Streets*; Sundance Institute screenwriting finalist; Harrah Award from the SF Bar Association for *The Final Arbiter*. Columnist on entertainment law for Film/Tape World. Frequent panelist on entertainment law seminars.