UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELMO SHROPSHIRE, INDIVIDUALLY AND AS A MEMBER OF "ELMO & PATSY"; ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>                      Plaintiffs,<br><br>   v.<br><br>SONY MUSIC ENTERTAINMENT, A Delaware General Partnership,<br><br>                      Defendant. | 06 Civ. 3252 (GBD) (KNF)<br><br>**ECF CASE** |
| "THE YOUNGBLOODS" (Perry Miller p/k/a Jesse Colin Young; Lowell Levinger; Jerry Corbitt; Mina Bauer, the widow of Joe Bauer; and manager Stuart Kutchins, On Behalf Of Itself And All Others Similarly Situated,<br><br>                      Plaintiffs,<br><br>   v.<br><br>BMG MUSIC,<br><br>                      Defendant. | Case No. 07 Civ. 2394 (GBD) (KNF)<br><br>**ECF CASE** |

**NOTICE OF FILING OF PROOF OF
PUBLICATION, CAFA NOTICE, AND MAILING**

On March 9, 2012, the Court entered Preliminary Orders for Notice and Hearing in Connection with Settlement Proceedings in each of the above-captioned actions (the "Preliminary Orders"). On June 1, 2012, the Court entered Amended Preliminary Orders for Notice and Hearing in Connection with Settlement Proceedings in each of the above-captioned actions (the "Amended Preliminary Orders").

Pursuant to paragraphs 14 and 15 of the Preliminary Orders and paragraphs 14 and 15 of the Amended Preliminary Orders, defendants Sony Music Entertainment and BMG Music hereby file, as proof of mailing of the Notice and Claim Form, proof of mailing of the Amended Notice and Claim Form, proof of publication of the Amended Publication Notice, and proof of compliance with the Class Action Fairness Act, (i) the Declaration of Anita Wall, with exhibits thereto, (ii) the Declaration of Katie Hayes, with exhibits thereto, and (iii) the Declaration of Jeannine Andreis, with exhibits thereto.  The declarations are annexed to this Notice as Exhibits 1, 2, and 3, respectively.

**COVINGTON & BURLING LLP**

By:  /s/Jonathan M. Sperling
       Jonathan M. Sperling
       jsperling@cov.com
The New York Times Building
620 Eighth Avenue
New York, New York  10018-1405
Telephone:  (212) 841-1000
Facsimile:  (212) 841-1010

**Counsel for Defendants**